IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NYIME FYNE-OKORIE, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:15-cv-00025 (CMH/IDD)
)
EXPERIAN INFORMATION )
SOLUTIONS, INC., *et al.*, )
)
Defendants. )
_____ )

### ORDER

THIS MATTER is before the Court on Defendant Experian Information Solutions, Inc.'s Motion for an Extension of Time [Dkt. No. 8]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. While this Court recognizes that counsel for the parties agree to the requested extension of time, this Court also notes that whether to grant such an extension is within its discretion, and "any requests for an extension of time . . . in general, will be looked upon with disfavor." *See* E.D. VA. Loc. Civ. R. 7(G), (I). Because this Court finds that Defendant's Motion lacks sufficient information to demonstrate good cause for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1), it is hereby

**ORDERED** that Defendant's Motion [Dkt. No. 8] is **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 6th day of February 2015

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge